103618MDC

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT, IN AND FOR, COLLIER COUNTY, FLORIDA

ST. MARISSA CONDOMINIUM
ASSOCIATION, INC., a Florida Non-Profit
Corporation,

CASE NO.:
DIV. NO.:

    Plaintiff,

2:10-CV-661-FtM-29SPC

vs.

ALLSTATE INSURANCE COMPANY, A
FOREIGN FOR-PROFIT
CORPORATION,

    Defendant.

_____/

2010 NOV -1 PM 12: 33

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

FILED

## COMPLAINT

Plaintiff, ST. MARISSA CONDOMINIUM ASSOCIATION, INC., a Florida Non-Profit Corporation ("ST. MARISSA"), hereby sues Defendant, ALLSTATE INSURANCE COMPANY ("ALLSTATE"), a Foreign For-Profit Corporation and states as follows:

1.    This is an action for breach of contract with damages greater than Fifteen Thousand Dollars ($15,000), exclusive of interest, costs, and attorneys' fees.

2.    At all times material hereto, Plaintiff, ST. MARISSA, was and is a non-profit corporation doing business as a condominium association owning and controlling the real property located at 6573 Marissa Loop, Naples, Collier County, Florida.

3.    At all times material hereto, Defendant, ALLSTATE, was and is an insurance company licensed and authorized to do business and doing business in the state of Florida with agents for the transaction of business in Collier County, Florida.

4.    Jurisdiction and venue are proper in Collier County, Florida.

5.     All conditions precedent to the initiation and prosecution of this lawsuit have been performed, have occurred or have been waived.

## COUNT I
## BREACH OF CONTRACT

Plaintiff realleges and incorporates by reference paragraphs 1 through 5 above as if fully set forth herein:

6.     On or about October 24, 2005, Plaintiff's real property located at 6573 Marissa Loop, Naples, Collier County, Florida (the "Condominium") sustained damages as a result of sudden and accidental wind and water damage. This claim was timely reported to the Defendant and assigned claim number 3732182450.

7.     At said time and place, Plaintiff's Condominium was insured under a policy of insurance issued by Defendant, bearing upon information and belief, policy number 049-339572 (herein after referred to as "the Insurance Policy").   Defendant is in possession of a complete copy of said policy.

8.     The Insurance Policy provided for benefits for damage caused to the Plaintiff's condominium structure as a result of a covered loss.

9.     Plaintiff timely notified Defendant of the loss and otherwise performed all conditions precedent to entitle Plaintiff to coverage and benefits under said policy of insurance.

10.     Despite demand for payment, through a Sworn Statement in Proof of Loss, Defendant, ALLSTATE has failed and refused to pay for all covered damage to the Plaintiff's property. More specifically, Plaintiff sustained damage to the air conditioning chase and air conditioning units as a result of Hurricane Wilma. ALLSTATE has refused to pay for such covered damage and has denied coverage for same.

11.     The subject policy of insurance constitutes a written contract.

12. By failing to pay the benefits due under the Insurance Policy, Defendant has breached the contract of insurance.

13. Plaintiff has been damaged as a result of the Defendant's breach in the form of insurance proceeds that have not been paid, interest, costs and attorney's fees.

14. As a result of Defendant's breach of contract, Plaintiff has been required to retain the services of the undersigned counsel for the purposes for prosecuting this action and has agreed to pay counsel a reasonable fee for his services.

20. Plaintiff is entitled to recover attorney's fees and costs under Section 627.428, Florida Statutes.

WHEREFORE, Plaintiff, ST. MARISSA CONDOMINIUM ASSOCIATION, INC., a Florida Non-Profit Corporation requests the court to enter Final Judgment in favor of the Plaintiffs and against Defendant, ALLSTATE INSURANCE COMPANY, a Foreign For-Profit Corporation, for the full amount of Plaintiffs' damages for structural damages, and awarding the Plaintiffs interest, attorney's fees and costs pursuant to Florida Statutes Section 627.428, and whatever other relief the court deems appropriate.

PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.

Respectfully submitted this 30th day of August, 2010.

MICHAEL D. CERASA, ESQUIRE
Florida Bar No. 0015085
Colling Gilbert Wright & Carter
The Florida Firm
801 N. Orange Avenue, Suite 830
Orlando, FL 32801
(407) 712-7300
(407) 712-7301 - Facsimile
Attorneys for Plaintiff